NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK,**
*Plaintiff,*

AND

**NEW YORK UNIVERSITY,**
*Plaintiff-Cross Appellant,*

AND

**GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,**
*Plaintiffs-Cross Appellants,*

v.

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MYLAN PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

v.

**GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,**
*Defendants-Cross Appellants,*

AND

**SUPERNUS PHARMACEUTICALS, INC.,**
*Defendant-Appellee.*

---

2012-1523, -1524, -1555, -1556, -1557

---

Appeals from the United States District Court for the District of Delaware in case nos. 09-CV-0184 and 10-CV-0892, Judge Leonard P. Stark.

-----------------------------------------------

**THE RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK,**
*Plaintiff,*

AND

**SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee,*

AND

**NEW YORK UNIVERSITY,**
*Plaintiff-Cross Appellant,*

AND

**GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,**
*Plaintiffs-Cross Appellants,*

v.

**IMPAX LABORATORIES, INC.,**
*Defendant-Appellant.*

---

2012-1545, -1546, -1590, -1591, -1592

---

Appeals from the United States District Court for the District of Delaware in case nos. 09-CV-0703 and 11-CV-0477, Judge Leonard P. Stark.

--------------------------------------------------

**GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,**
*Plaintiffs-Cross Appellants,*

AND

**SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee,*

v.

**LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellants.*

---

2012-1566, -1596

---

Appeals from the United States District Court for the District of Delaware in case no. 10-CV-1112, Judge Leonard P. Stark.

--------------------------------------------------

**THE RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK,**
*Plaintiff,*

AND

**NEW YORK UNIVERSITY,**
*Plaintiff-Appellant,*

AND

## GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,
*Plaintiffs-Appellants,*

v.

## LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.,
*Defendants-Cross Appellants.*

---

2012-1597, -1598, -1599

---

Appeals from the United States District Court for the District of Delaware in case no. 09-CV-0483, Judge Leonard P. Stark.

---

## ON MOTION

---

## ORDER

The parties jointly move for an extension of time, until November 20, 2012, for Galderma/Supernus and NYU to file their response briefs, for an extension of time, until January 11, 2013, for Mylan, Impax, and Lupin to file their response/reply briefs, and for an extension of time until January 28, 2013, for Galderma/Supernus and NYU to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

RESEARCH FOUNDATION V. MYLAN PHARMACEUTICALS                5

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27